UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

**SHAPIRO, CROLAND, REISER APFEL & DI IORIO, LLP**
John P. Di Iorio, Esq.
411 Hackensack Avenue
Hackensack, NJ 07061
(201) 488-3900
Counsel for Sarav Periasamy
-and-
**NOWELL AMOROSO KLEIN BIERMAN, P.A.**
David Edelberg, Esq.
155 Polifly Road
Hackensack, NJ 07601
Tel: (201) 343-5001
Fax: (201) 343-5181
Attorneys for Debtor

FILED
JAMES J. WALDRON
JUL 26 2011
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

| In Re: | Chapter 11 |
|---|---|
| PERI SOFTWARE SOLUTIONS, INC., | Case No.: 11-29067 (RG) |
| Debtor. | |
| Peri Software Solutions, Inc. and Sarav Periasamy, | |
| Plaintiffs, | Adv. Pro. No.: 11-02174 (RG) |
| v. | |
| Cognizant Technology Solutions U.S. Corporation, | |
| Defendant. | |

**ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT BE ISSUED AGAINST DEFENDANT FROM CONTINUING STATE COURT LITIGATION AGAINST THE DEBTOR'S PRINCIPAL PURSUANT TO 11 U.S.C. §105(a) AND/OR 11 U.S.C. §362(a)**

ORDERED.

**DATED: 07/26/2011**

_____
Honorable Rosemary Gambardella
United States Bankruptcy Judge

THIS MATTER having been open to the Court by plaintiffs, Peri Software Solutions, Inc. and Saravanan Periasamy, upon application for an Order to Show Cause why a preliminary injunction should not be issued against defendant, Cognizant Technology Solutions U.S. Corporation ("Defendant") pursuant to 11 U.S.C. §105(a) or, alternatively, determining that the state court action described below is automatically stayed, and the Court having considered the plaintiffs' pleadings in support thereof and having determined that good cause exists for the entry of this order it is on this 26th day of July 2011

**ORDERED** that Defendant show cause before the Honorable Rosemary Gambardella, United States Bankruptcy Judge, at the United States Bankruptcy Court, 50 Walnut Street, Newark, New Jersey on the 11 day of August 2011 at 11:00 a.m., or as soon thereafter as counsel may be heard why an order should not be entered pending a final determination of the verified complaint enjoining and restraining Defendant from prosecuting a certain action filed in the Superior Court of New Jersey, Chancery Division, Bergen County, bearing docket number C-23-11, captioned Cognizant Technology Solutions U.S. Corporation v. Peri Software Solutions, Inc. et al. (the "State Court Action") pursuant to 11 U.S.C. §105(a) or, alternatively, determining that the State Court Action is stayed pursuant to 11 U.S.C. §362(a); and it is further

**ORDERED** that plaintiffs' counsel shall serve a true copy of this Order to Show Cause, the verified complaint and memorandum of law on counsel for the Defendant by overnight mail on or before the 28 day of July 2011 and said service shall be good and sufficient notice of this Order to Show Cause and in lieu of an issuance of a summons; and it is further

**ORDERED** that opposition papers, if any, to this Order to Show Cause shall be filed with the Clerk of the United States Bankruptcy Court, 50 Walnut Street, Newark, New Jersey 07102 and simultaneously served on 1) Nowell Amoroso Klein Bierman, P.A., attn: David

Edelberg, Esq., counsel for Debtor, 155 Polifly Road, Hackensack, New Jersey 07601 and 2) Shapiro, Croland, Reiser, Apfel & Di Iorio, LLP, attn: John P. Di Iorio, Esq., counsel for Saravanan Periasamy, 411 Hackensack Avenue, Hackensack, New Jersey 07601 no later than on the 4th day of August 2011; and it is further

**ORDERED** that plaintiffs shall file reply papers no later than August 9th, 2011; and it is further

**ORDERED** that Defendant must file an answer or otherwise plead and serve a copy of its answer or pleading upon counsel for plaintiffs within the time provided by F.R.B.P. 7012.